UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JUSTIN ACOSTA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARTIN J. O'MALLEY,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:24-cv-00276-BLW-CWD<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

    Before the Court is a Report and Recommendation filed by United States Magistrate Judge Candy W. Dale (Dkt. 9). On June 11, 2024, the Clerk of the Court conditionally filed the plaintiff's Complaint as a result of his in forma pauperis request. *See* Dkt. 3. Pursuant to 28 U.S.C. § 1915, Judge Dale conducted a review of the plaintiff's application to determine whether the plaintiff is entitled to proceed without prepayment of the filing fee.

    On July 8, 2024, Judge Dale issued a Report and Recommendation recommending that plaintiff's application to proceed in forma pauperis be denied. Dkt. 9. Pursuant to the statute, Judge Dale gave the parties time to file written objections to the Report and Recommendation. *See* 28 U.S.C. 636(b)(1)(C). No

**ORDER ADOPTING REPORT AND RECOMMENDATION- 1**

objections were filed.

Having thoroughly reviewed the Report and Recommendation, and no objections having been filed, the Court accepts Judge Dale's Report and Recommendation in its entirety and enters the following order consistent with the same.

## ORDER

**IT IS ORDERED that:**

1. The Report and Recommendation entered on July 8, 2024 (Dkt. 9) is **INCORPORATED** and **ADOPTED** in its entirety.

2. The Plaintiff's application to proceed in forma pauperis (Dkt. 3) is **DENIED.**

DATED: July 23, 2024

B. Lynn Winmill
U.S. District Court Judge

**ORDER ADOPTING REPORT AND RECOMMENDATION- 2**